UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES C. PARKS,

                    Plaintiff(s),

        v.

INTER-CON SECURITY SYSTEMS INC.,
et al.,

                    Defendant(s).

CASE NO. C26-2297-KKE

ORDER GRANTING APPLICATION TO
PROCEED *IN FORMA PAUPERIS*

On July 1, 2026, Plaintiff James C. Parks, representing himself, filed an application to proceed *in forma pauperis* and a proposed complaint. Dkt. Nos. 1, 1-1. As Parks does not appear to have funds available to afford the $405.00 filing fee, the Court GRANTS Parks' motion (Dkt. No. 1).

Dated this 9th day of July, 2026.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1