FILED ENTERED
LODGED RECEIVED

JUL 01 2026 LS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

26-CV-02297-KKE

James C. Parks,

Plaintiff(s),

v.

Inter-Con Security,Sound Transit, and Burlington Northern Santa FE,

Defendant(s).

CASE NO. ____________
[to be filled in by Clerk's Office]

COMPLAINT FOR EMPLOYMENT DISCRIMINATION

Jury Trial: ☑ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | James C. Parks |
| Street Address | P.O. Box 314 |
| City and County | Lynnwood Snohomish County |
| State and Zip Code | Washington 98046 |
| Telephone Number | (425) 248-9292 |

B. Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Inter-Con Security Systems |
| Job or Title *(if known)* | Security |
| Street Address | 210 S. De Lacy Ave. |
| City and County | Pasadena LA County |
| State and Zip Code | California 91105 |
| Telephone Number | (626) 535-2200 |

Defendant No. 2

| | |
|---|---|
| Name | Sound Transit |
| Job or Title *(if known)* | Transit |
| Street Address | 401 S. Jackson Street |
| City and County | Seattle King County |
| State and Zip Code | Washington 98104 |
| Telephone Number | (888) 889-6368 |

Defendant No. 3

| | |
|---|---|
| Name | Burlington Northern Santa FE |
| Job or Title *(if known)* | RailRoad |
| Street Address | 2650 Lou Menk Drive |
| City and County | Forth Worth Countys Tarrant, Denton, Johson, Parker, and Wise |
| State and Zip Code | Texas 76131 |
| Telephone Number | (800) 832-5452 |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Inter-Con Security Systems |
| Street Address | 210 S. De Lacy Ave. |
| City and County | Pasadena LA County |
| State and Zip Code | California 91105 |
| Telephone Number | (626) 535-2200 |

## II. BASIS FOR JURISDICTION

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [x] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [x] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.
  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*
- [ ] Other federal law *(specify the federal law)*:
  ______________________________
- [ ] Relevant state law *(specify, if known)*:
  ______________________________
- [ ] Relevant city or county law *(specify, if known)*:
  ______________________________

## III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

The defendants failed to provide the plaintiff with Reasonable Accommodation according to state and federal laws.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [ ] Retaliation.

☐ Other acts *(specify)*: ______________________

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

08/01/2024

C. I believe that defendant(s) *(check one)*:

☑ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race African American/Native American

☑ color Black/Brown

☑ gender/sex Male

☐ religion ______________________

☐ national origin ______________________

☑ age *(year of birth)* 1964 *(only when asserting a claim of age discrimination.)*

☑ disability or perceived disability *(specify disability)*

Disabled veteran with multiple medical issues

E. The facts of my case are as follows. Attach additional pages if needed.

The plaintiff is a disabled veteran as of 2010. The defendants failed to provide reasonable accommodation to the plaintiff according to state and federal laws. While continuing to maintain the plaintiffs as an employee without pay. Please see attached Notice of Right to Sue from EEOC.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

04/15/2025

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on *(date)*
  05/18/2026

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☑ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

## V. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

I respectfully ask the court to award $10,000,000.00 in monetary compensation such as back pay & lost benefits, front pay, conpensatory damages, punitive damages, with attorney's fees and cost.

## VI. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/1/26

Signature of Plaintiff [signature]

Printed Name of Plaintiff James C. Parks

Date of signing: ____________

Signature of Plaintiff ____________

Printed Name of Plaintiff ____________

Date of signing: ____________

Signature of Plaintiff ____________

Printed Name of Plaintiff ____________

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/18/2026

**To:** Mr. James C. Parks
Post Office Box 314
Lynnwood, WA 98046
Charge No: 551-2024-07564

EEOC Representative and email: CHARLIE NGUYEN
INVESTIGATOR
CHARLIE.NGUYEN@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 551-2024-07564.

On Behalf of the Commission:

May 18, 2026
Date

[signature] for
Elizabeth M. Cannon, Director
Seattle Field Office

**Cc:** INTER-CON SECURITY

Please retain this Notice for your records.

# JAMES C. PARKS

P.O. Box #314

Lynnwood, WA. 98046

James C. Parks
P.O. Box #314
Lynnwood, WA. 98046
(425)248.9292

01 June, 2026

Inter-Con Security
210 S. De Lacy Ave.
Pasadena, CA 91105

Dear Representative,

Please be advised that I've recently received a letter from the Equal Employment Opportunity Commission advising me of my right to file suit. In regards to the complaint filed in/around 2024 concerning the failure to provide Reasonable Accommodations, consider this letter as official notice. I also will be representing myself (Pro Se) until counsel has been obtained and making possible modifications to the civil complaint.

Which may include Sound Transit and Burlington Northern Sante Fe aka (BNSF) as Co-Defendants.

Sincerely,

James C. Parks

James C. Parks: jcp: CC Sound Transit and BNSF: Enclosure, EEOC notice