ORIGINAL

FILED ENTERED
LODGED RECEIVED

JUL 07 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Pro Se'
James C. Parks
Lynnwood, WA. 98046
425.248.9292

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES C. PARKS,<br><br>Plaintiff,<br><br>vs.<br><br>INTER-CON SECURITY SYSTEMS, SOUND TRANSIT, AND BURLINGTON NORTHERN SANTA FE. (RR)<br><br>Defendant | Case No.: 26-CV-02297-KKE<br><br>MOTION TO DIMISS CO-DEFENDANTS |

An error occurred during the filing with the EEOC and cannot be corrected or modified.

Therefore, I am requesting that the court dismiss complaint against the Co-Defendants Sound Transit and Burlington Northern Santa Fe (RR).

Leaving Inter-Con Security Systems as the sole defendant.

Dated this day of Month, year.

07/07/2026

James C. Parks