UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES C. PARKS,

                    Plaintiff(s),

         v.

INTER-CON SECURITY SYSTEMS INC.,
et al.,

                    Defendant(s).

CASE NO. C26-2297-KKE

ORDER DISMISSING CLAIMS AGAINST
SOUND TRANSIT AND BURLINGTON
NORTHERN SANTA FE

Plaintiff James C. Parks, who proceeds *in forma pauperis* and *pro se*, has filed a motion to dismiss claims against Defendants Sound Transit and Burlington Northern Santa Fe (RR).  Dkt. No. 7.  The Court GRANTS Parks' motion (Dkt. No. 7).  Accordingly, all claims against Sound Transit and Burlington Northern Santa Fe (RR) are DISMISSED without prejudice and the clerk is directed to terminate them as Defendants in this matter.

Dated this 10th day of July, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CLAIMS AGAINST SOUND TRANSIT AND BURLINGTON NORTHERN SANTA FE - 1