FILED ENTERED
LODGED RECEIVED

NOV 24 2026 LS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Pro Se'
James C. Parks
P.O. Box 314
Lynnwood, WA. 98046
425.248.9292

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JAMES C. PARKS,<br>Plaintiff,<br><br>vs.<br><br>INTER-CON SECURITY SYSTEMS<br>Defendant | Case No.: 26-CV-02297-KKE<br><br>PLAINTIFF'S RESPONSE DENYING MOTION TO DISMISS |

I respectfully request that the court deny the defendant's motion to dismiss received on 11/19/26 via email. The defendant responded to the EEOC complaint at the referenced address and participated in the mediation the defendant also responded to the court without having raised questions regarding service until now someone within the company signed for the complaint per USPS. Also received within the email notifying me of opposing counsel's intent to vacate the JSR. The defendant has/had all the information filed in the motion to dismiss from the hiring process, from the application, and the company onboarding process regarding race, age, and disability status.

I am submitting documentation that could easily be obtain in the Human Resources and my personnel file. I have informed opposing counsel on 11/13/26 during the initial Joint Status Report conference that I belonged to three protected class of people. I identify as African American, Native American, and a Disabled person. Regarding my not meeting the requirement of the age forty, I've have surpassed that by approximately twenty years. Regarding reasonable accommodation I had no decision making with the Defendant placing me on protected leave without pay. A copy of this response has been mailed to the Defendant's counsel. A copy of this document has been forwarded to opposing counsel via USPS.

Dated this day of Month, year.

11/24/2026

James C. Parks

James C. Parks

XXX-XX-4907



WA USA WASHINGTON ENHANCED DRIVER LICENSE

4d LIC [redacted] 9 CLASS DONOR

1 PARKS

2 JAMES CORNELL

3 DOB [redacted] 4a ISS 02/06/2025

[redacted]

15 SEX M
16 HGT 5'-06"
12 RESTRICTIONS B

18 EYES BRO
17 WGT 155 lb
9a END NONE
4b EXP 01/31/2032

5 DD WD[redacted]

Veteran

REV 11/12/2019



MUSCOGEE (CREEK) NATION
CITIZENSHIP ID

PARKS
JAMES CORNELL
[redacted]

Sex: Male
Birthdate: [redacted]
Card Issued: 7/22/2026
Blood Quantum: 1/16
Roll Number: 62397
Card Expires: 7/21/2036

ESTE MVSKOKVLKE
David W. Hill
Principal Chief

Army Veteran



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
OKMULGEE OFFICE

CERTIFICATE OF DEGREE OF INDIAN BLOOD

This is to certify that James Cornell Parks

born [redacted] is 1/16 degree Indian blood

of the Creek Tribe

09-12-03
Date

Issuing Officer

Case No. 2:26-CV-02297-KKE

PERMANENT
PARKS, JAMES C
01/31/1964
10/2030
Y546461

DPID0781512



**Department of Veterans Affairs**
5460 Reno Corporate Dr
Reno, Nevada 89511

November 19, 2026

In Reply Refer To: 354/NCC/DDA
CSS XXXXX4907
Parks J C

JAMES C PARKS
PO BOX 314
LYNNWOOD WA 98046

Dear James C Parks,

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information

Your VA claim number is: XXXXXX907
You are the Veteran.

## Military Information

The character(s) of discharge and service date(s) of the veteran include:
Honorable, Army, 10/02/1984-10/01/1987
(There may be additional periods of service not listed above)

## VA Benefits Information

Service-connected disability: Yes
Your combined service-connected evaluation is: 80%
Your current monthly award amount is: $2,242.02
Are you entitled to a higher level of disability due to being unemployable: Yes
Are you considered to be totally and permanently disabled due to your service-connected disabilities: No
Are you service-connected for loss of or loss of use of a limb, or are you totally blind in or missing at least one eye: No
Have you received a Specially Adapted Housing (SAH) and/or Special Home Adaptation (SHA) grant: No

You should contact your state or local office of veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of veterans' affairs are available at http://www.va.gov/statedva.htm.